IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| DESIREE WATKINS | : | |
|---|---|---|
| | : | CIVIL ACTION |
| Plaintiff, | : | FILE NO.: 1:25-cv-00794-AT |
| v. | : | |
| | : | |
| BAXTER INTERNATIONAL, INC., BAXTER HEALTHCARE CORPORATION, AND VANTIVE US HEALTHCARE, LLC | : | |
| | : | |
| Defendants. | : | |

## RULE. 5.4 CERTIFICATE OF SERVICE OF DISCOVERY

COMES NOW Plaintiff in the above-captioned civil action, by and through the undersigned counsel of record, and hereby certifies that true and correct copies of the following:

1. Plaintiff Desiree Watkins Responses to Defendants' First Request for Admissions.

2. Plaintiff Desiree Watkins Responses to Defendants' First Set of Interrogatories to Plaintiff.

3. Plaintiff Desiree Watkins Responses to Defendants' First Set of Requests for Production of Documents to Plaintiff.

were on this day served upon all counsel of record via statutory electronic service, as follows:

| | |
|---|---|
| ASHLEY C. WEBBER<br>Georgia Bar No. 083593<br>Marsh Atkinson & Brantley<br>271 17th Street NW, Suite 1600<br>Atlanta, GA 30363<br>Telephone: (404) 282-5050<br>Facsimile: (404) 282-3030<br>ashley.webber@mablawfirm.com | CHRISTOPHER R. CASHEN<br>(Pro Hac Vice)<br>Dinsmore & Shohl LLP<br>100 West Main Street, Suite 900<br>Lexington, KY 40507<br>Telephone: (859) 425-1000<br>Facsimile: (859) 425-1099<br>christopher.cashen@dinsmore.com<br>*Counsel for Defendants* |

This 12th day of June, 2025.

# CERTIFICATE OF COMPLIANCE

In accordance with LR 7.1(D), NDGa, the undersigned counsel hereby certifies that the foregoing **RULE. 5.4 CERTIFICATE OF SERVICE OF DISCOVERY** has been prepared using Times New Roman (14 point), one of the fonts specified in LR 5.1(C), NDGa.

SUBMITTED this 12th day of June, 2025.

| GOODMAN & GOODMAN, LLP | ANAPOL WEISS |
|---|---|
| /s/ *Michael D. Goodman*<br>Michael D. Goodman, Esq.<br>Georgia Bar Number 301185<br>6445 Powers Ferry Road,<br>Suite 265<br>Atlanta, GA 30339<br>(770) 952-0400 (P)<br>(770) 952-3358 (F)<br>mg@goodmanlawatl.com<br>*Attorney for Plaintiff Desiree Watkins* | /s/ Sol H. Weiss<br>Sol H. Weiss, Esq.<br>Miriam Benton Barish, Esq.<br>(*Pro Hac Vice applications to be submitted*)<br>(PA Bar Nos.15924; 72622)<br>One Logan Square<br>130 N. 18th Street, Suite 1600<br>Philadelphia, Pennsylvania 19103<br>sweiss@anapolweiss.com<br>mbarish@anapolweiss.com<br>*Attorneys for Plaintiff Desiree Watkins* |

# CERTIFICATE OF SERVICE

I hereby certify that I electronically served the foregoing **Rule 5.4 Certificate of Service of Discovery** on all attorney(s) of record:

| | |
|---|---|
| ASHLEY C. WEBBER<br>Georgia Bar No. 083593<br>Marsh Atkinson & Brantley<br>271 17th Street NW, Suite 1600<br>Atlanta, GA 30363<br>Telephone: (404) 282-5050<br>Facsimile: (404) 282-3030<br>ashley.webber@mablawfirm.com | CHRISTOPHER R. CASHEN<br>(Pro Hac Vice)<br>Dinsmore & Shohl LLP<br>100 West Main Street, Suite 900<br>Lexington, KY 40507<br>Telephone: (859) 425-1000<br>Facsimile: (859) 425-1099<br>christopher.cashen@dinsmore.com<br>*Counsel for Defendants* |

This 12th day of June, 2025.

| | |
|---|---|
| GOODMAN & GOODMAN, LLP<br><br>/s/ *Michael D. Goodman*<br>Michael D. Goodman, Esq.<br>Georgia Bar Number 301185<br>6445 Powers Ferry Road,<br>Suite 265<br>Atlanta, GA 30339<br>(770) 952-0400 (P)<br>(770) 952-3358 (F)<br>mg@goodmanlawatl.com<br>*Attorney for Plaintiff Desiree Watkins* | ANAPOL WEISS<br><br>/s/ Sol H. Weiss<br>Sol H. Weiss, Esq.<br>Miriam Benton Barish, Esq.<br>(*Pro Hac Vice applications to be submitted*)<br>(PA Bar Nos.15924; 72622)<br>One Logan Square<br>130 N. 18th Street, Suite 1600<br>Philadelphia, Pennsylvania 19103<br>sweiss@anapolweiss.com<br>mbarish@anapolweiss.com<br>*Attorneys for Plaintiff Desiree Watkins* |