

**Goodman & Goodman, LLP**

Tel  770.952.0400
Fax  770.952.3358
www.GoodmanLawAtl.com

6445 Powers Ferry Road, Suite 265
Atlanta, Georgia 30339-2909

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUL 23 2025

KEVIN P. WEIMER, Clerk
By Matthew ___ Deputy Clerk

July 18, 2025

Kevin P. Weimer, Clerk of Court
United States District Court
Northern District of Georgia
75 Ted Turner Drive SW
Atlanta, GA  30303

Re:  <u>Desiree Watkins v. Baxter International, Inc, et. al; Civil Action File No. 1:25-cv-0794-AT</u>

Dear Mr. Weimer:

    I am co-lead counsel for Plaintiff Desiree Watkins in the above-styled action. Pursuant to Local Rule 83.1.E(3), I am writing to request a leave of absence for the following dates when I will be away from the practice of law:

    (a)    August 28, 2025 through September 1, 2025

    (b)    September 5, 2025 through September 8, 2025

    (c)    September 12, 2025 through September 14, 2025

    (d)    October 9, 2025 through October 13, 2025

    (e)    October 20, 2025 through October 28, 2025

    I am requesting that the above-referenced case not be calendared during the aforesaid periods.

    By copy of this letter, I am informing opposing counsel of my request for a leave of absence. I understand that I am not relieved from other deadline requirements absent the Court's approval.

Kevin P. Weimer, Clerk of Court
United States District Court
Northern District of Georgia
July 18, 2025

Page 2 of 2

       Thank you for your assistance.

                         Very truly yours,

                         GOODMAN & GOODMAN, LLP

                         By: */s/Michael D. Goodman*
                               Michael D. Goodman

MDG/sjm

cc:   Hon. Mark H. Cohen
       c/o Pamela Wright, Courtroom Deputy

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of July, 2025, I electronically filed this **Notice of Leave of Absence** with the Clerk of the Court using the ECF filing system, which will automatically send email notification of said filing to the following attorneys of record:

| | |
|---|---|
| ASHLEY C. WEBBER<br>Georgia Bar No. 083593<br>Marsh Atkinson & Brantley<br>271 17th Street NW, Suite 1600<br>Atlanta, GA 30363<br>Telephone: (404) 282-5050<br>Facsimile: (404) 282-3030<br>ashley.webber@mablawfirm.com | CHRISTOPHER R. CASHEN<br>(Pro Hac Vice)<br>Dinsmore & Shohl LLP<br>100 West Main Street, Suite 900<br>Lexington, KY 40507<br>Telephone: (859) 425-1000<br>Facsimile: (859) 425-1099<br>christopher.cashen@dinsmore.com<br>*Counsel for Defendants* |

DATED this 18th day of July, 2025.

GOODMAN & GOODMAN, LLP

By: */s/ Michael D. Goodman*
Michael D. Goodman
Georgia Bar No. 301185

6445 Powers Ferry Road, N.W.
Suite 265
Atlanta, GA 30339-2909
Phone: (770) 952-0400 x 135
Fax: (770) 952-3358
Email: mg@goodmanlawatl.com



**Goodman & Goodman, LLP**
Attorneys At Law
6445 Powers Ferry Road, Suite 265, Atlanta, Georgia 30339-2909



ATLANTA GA RPDC 302
21 JUL 2025 PM 7 L

quadient
FIRST-CLASS MAIL
IMI
$000.74
07/18/2025 ZIP 30339
043M30267886
US POSTAGE

U.S. Marshals Service
Atlanta, GA 30303

CLEARED DATE
JUL 23 2025

Kevin P. Weimer, Clerk of Court
United States District Court
Northern District of Georgia
75 Ted Turner Drive SW
Atlanta, GA  30303

30303-331861